Argued and submitted February 24, resubmitted In Banc November 2, 1988, affirmed by an equally divided court January 18, reconsideration denied May 12, petition for review pending 1989

7455 INCORPORATED,
dba Jiggles,
*Petitioner,*

*v.*

OREGON LIQUOR CONTROL COMMISSION,
*Respondent.*

COPPEDGE,
dba J.J.'s,
*Petitioner,*

*v.*

OREGON LIQUOR CONTROL COMMISSION,
*Respondent.*

(OLCC Nos. 85-L-013, 85-V-016,
85-L-014, 85-V-017; CA A43092)

767 P2d 116

John Henry Hingson III, Oregon City, argued the cause and filed the briefs for petitioners.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.